**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS RIVERS ALLIANCE, et al., <br><br>            Plaintiffs, <br><br>       v. <br><br>E. SCOTT PRUITT, ADMINISTRATOR of U.S. ENVIRONMENTAL PROTECTION AGENCY, in his official capacity, et al., <br><br>            Defendants. | Civil Action No. 17-11825-GAO |

**NOTICE REGARDING PERMIT EFFECTIVE DATE**

EPA respectfully submits the following notice to update the Court on the status of the Massachusetts Permit. Since EPA issued the Postponement Notice, the permit has been scheduled to take effect on July 1, 2018. On May 10, EPA announced that the permit would go into effect as scheduled on July 1. *See* https://www.epa.gov/newsreleases/epa-announces-improvements-keep-massachusetts-waters-clean. On May 15, EPA denied a request from the Massachusetts Coalition for Water Resources Stewardship, the City of Lowell, and the Town of Franklin to further postpone the Massachusetts Permit's effective date. *See* Ex. A. In its letter responding to the postponement request, EPA reiterated that the permit will take effect as scheduled on July 1, 2018.

EPA will notify the Court of any further developments regarding the Massachusetts Permit.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 11, 2018 | JEFFREY H. WOOD<br>Acting Assistant Attorney General<br>Environment and Natural Resources Division |
| PETER Z. FORD<br>Office of General Counsel<br>U.S. Environmental Protection Agency<br>Washington, D.C.  20460 | /s/ Kate R. Bowers<br>KATE R. BOWERS<br>Environmental Defense Section<br>U.S. Department of Justice<br>P.O. Box 7611<br>Washington, D.C.  20044<br>(202) 307-0930<br>kate.bowers@usdoj.gov |
| ERIN FLANNERY-KEITH<br>GEORGE UTTING<br>Office of Regional Counsel<br>U.S. Environmental Protection Agency, Region I<br>5 Post Office Square<br>Boston, MA  02109 | SUSAN M. POSWISTILO (BBO # 565581)<br>Assistant U.S. Attorney<br>John Joseph Moakley Federal Courthouse<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA  02210<br>(617) 748-3103<br>susan.poswistilo@usdoj.gov<br>*Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2018, I filed the foregoing NOTICE REGARDING PERMIT EFFECTIVE DATE using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

    /s/ Kate R. Bowers

# EXHIBIT A



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION 1
5 POST OFFICE SQUARE, SUITE 100
BOSTON, MA 02109-3912

May 15, 2018

OFFICE OF THE
REGIONAL ADMINISTRATOR

Mr. Christopher D. Pomeroy
AquaLaw PLC, Counsel to MCWRS
6 South Fifth Street
Richmond, VA 23219

Mr. Jeffrey S. Longsworth
Barnes & Thornburg LLP, Counsel to City of Lowell
1717 Pennsylvania Avenue N.W.
Suite 500
Washington, D.C. 20006-4623

Mr. Mark G. Cerel
Town Attorney, Town of Franklin
355 East Central Street, Third Floor, Route 140
Franklin, MA 02038

RE: Request to Extend Postponement of Effective Date of 2016 Massachusetts Small MS4 General Permit Pending Ongoing Appeals and Mediation

Dear Mr. Pomeroy, Mr. Longsworth and Mr. Cerel,

The Region has reviewed your request dated May 9, 2018 asking EPA to postpone the July 1, 2018 effective date of the Massachusetts small MS4 general permit until July 1, 2019. Your request raises issues similar to those we have considered in evaluating a postponement request from a coalition of New Hampshire municipalities, which we responded to last week. For the reasons set forth below, the Region has decided to deny your request and, as such, the Massachusetts permit will take effect as scheduled on July 1, 2018.

EPA may grant or deny a request to postpone the effective date of an action pending judicial review pursuant to 5 U.S.C. § 705. That statute confers broad discretion to grant a postponement when an agency determines that "justice so requires."

Over the past year, EPA has conducted extensive implementation outreach in Massachusetts and has begun to engage in a mediation process in *Center for Regulatory Reasonableness, et al. v. EPA*, No. 16-1246 (D.C. Cir.). Through these efforts, EPA has learned about many MS4 communities' readiness to implement the permit, as well as some MS4s' concerns with the permit's requirements and their timing. Specifically, EPA, in conjunction with the

Massachusetts Department of Environmental Protection, has engaged extensively with stormwater coalitions throughout Massachusetts to conduct Notice of Intent preparation trainings and hold question and answer sessions with regulated communities.

During that time, we have learned a great deal about the capabilities of existing stormwater programs in the Commonwealth. We have also developed a sharper sense of the concerns that some communities have with the final permit, via both the outreach in Massachusetts and the ongoing mediation. All of this has allowed EPA to more accurately assess the resources and tools that permittees will need to meet new requirements, and to target efforts to address some of those concerns. We have, for example, learned that a key tool communities desire is a Stormwater Management Plan (SWMP) template to help them prepare a SWMP consistent with permit terms. EPA is currently developing this template and will release it before July 1, 2018. EPA has also compiled standard operating procedures to facilitate SWMP development at a new tools website to help steer communities toward good templates and examples of standard operating procedures that would meet permit requirements.

Further, EPA notes that because the Massachusetts and New Hampshire permit effective dates are now aligned, there is no need to change the Massachusetts date to facilitate unified mediation.

Based on the above, EPA does not find that justice requires postponement of the effective date of the Massachusetts permit until July 1, 2019. If you have any questions, please contact me or Ken Moraff, Director of the Region 1 Office of Ecosystem Protection, at (617) 918-1502.

Sincerely,

Alexandra Dapolito Dunn
Regional Administrator

cc:   Martin Suuberg, MassDEP