UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MASSACHUSETTS RIVERS ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ANDREW WHEELER, Acting Administrator, U.S. Environmental Protection Agency, *et al.*, <br><br> Defendants. | Civil Action No. 17-11825-GAO |

## ORDER ON JOINT STIPULATION OF DISMISSAL

This matter came before the Court on a Stipulation for Dismissal Without Prejudice (dkt. no. 57) filed by Plaintiffs, Massachusetts Rivers Alliance, Neponset River Watershed Association, Connecticut River Watershed Council, Inc. d/b/a, Connecticut River Conservancy, Merrimack River Watershed Council, Taunton River Watershed Alliance, OARS, Inc., Ipswich River Watershed Association, Mystic River Watershed Association, Jones River Watershed Association, and North and South Rivers Watershed Association, and Defendants, Andrew Wheeler and the United States Environmental Protection Agency. That Stipulation is hereby **GRANTED AS REQUESTED**, and this matter is dismissed without prejudice.

Dated: October 12, 2018

/s/ George A. O'Toole, Jr.
United States District Judge